# EXHIBIT 1

# PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) J2-CV-21-001139

In the Justice Court, Precinct __2__, __Travis__ County, Texas

**QUENTIN ANTWAN MITCHELL (DBA)**
**Mitchell Antwan Quentin**
**PLAINTIFF**

VS.

**FINANCIAL LITIGATION UNIT 601 N.W. LOOP 410, SUITE 600 SAN ANTONIO, TX 78216**
Janice Reed 601 NW Loop 410, Suite 600 San Antonio, TX 78216
**DEFENDANT(S)**

FILED 2021 APR -1 PM 12:40 JUSTICE OF THE PEACE TRAVIS COUNTY PCT TWO

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**CLAIM/COMPLAINT:**

**Claimant/Plaintiff's personal property was unlawfully & illegally stolen by Janice Reed (Wrongdoer/Defendant) due to federal counts that were DISMISSED and charges that the Claimant/Plaintiff) was not lawfully & legally convicted under in respect to the letters of the Federal Statutes and Codes.**

**Wrongdoer (Janice Reed) used invalid contract (that was obtained through THREAT, DURESS & COERCION) to**

**RELIEF:** Plaintiff seeks damages in the amount of   $9,799.49  , and/or return of personal property as described as follows (be specific):   **$5,078.85 "Tax Refund"**  , which has a value of **$5,078.85**
Additionally, plaintiff seeks the following:
**All criminal charges from 1999 to 2001 be DISCHARGED and ERASED from Plaintiff's record and for a TRIAL BY JURY to determine the damages of being held in prison UNLAWFULLY.**

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Ashley C. Hoff**
**903 San Jacinto Blvd, Suite 334**
**Austin, Texas 78701**

☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:  quentinmitchell1979@yahoo.com                              .

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| **Mitchell Antwan Quentin** | **/s/ By: Quentin Mitchell** |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**3005 S Lamar Blvd D-109 #137**

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH:_____

Address of Plaintiff's Attorney, if any, or Plaintiff if none

**Austin, TX 78704**

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

City        State        Zip

Ph.  512-402-2147        Fax.

DEFENDANT'S PHONE NUMBER: **210-384-7250**

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**quentinmitchell1979@yahoo.com**

Small Claim Petition. 7/2013

3/28/2021                                                                           Account Center

Your account balance is negative.

ALL    MONEY IN    MONEY OUT    FEES                                    STATEMENTS    ⟳ REFRESH

**Pending Transactions**

| Date | Amount | Description |
|---|---|---|
| 03/18/21 | - $9.95 | Debit: Plan Fee 03/17/2021 |

**Posted Transactions**

| Date | Amount | Description |
|---|---|---|
| 03/18/21 | - $4.25 | ICM*INSTANTCHECKMATE.C 866-4905980 CA |
| 03/18/21 | - $28.87 | ICM*INSTANTCHECKMATE.C 866-4905980 CA |
| 03/17/21 | - $2.50 | Debit: ATM Withdrawal Fee - Domestic |
| 03/17/21 | - $183.00 | 711 W HALLMARK KILLEEN TXUS |
| 03/16/21 | + $21.89 | Credit: Account-to-Account Transfer. FROM: ... |
| 03/15/21 | - $52.44 | NW NEIGHBORWHO.COM 7866291360 NY |
| 03/12/21 | - $0.50 | Debit: Balance Inquiry Fee - Telephone Autom... |
| 03/12/21 | + $250.00 | Credit: Account-to-Account Transfer. FROM: ... |
| 02/24/21 | | Debit: Account-to-Account Transfer. FROM: Q... |

FILED 2021 APR -1 PM 12:40 JUSTICE OF THE PEACE TRAVIS COUNTY PCT TWO

3/28/2021 Account Center

- $44.00

| Date | Amount | Description |
|---|---|---|
| 02/23/21 | $44.00 | Credit: Account-to-Account Transfer. FROM: ... |
| 02/19/21 | -$53.04 | Debit: Account-to-Account Transfer. FROM: Q... |
| 02/19/21 | -$9.95 | Debit: Plan Fee 02/17/2021 |
| 02/19/21 | $55.00 | Credit: Cash Load at 7eleven 2536 East Lancas... |
| 02/16/21 | -$15.14 | Netflix.com Los Gatos CA |
| 02/16/21 | $20.00 | Credit: Cash Load at Flying J 7425 Bonnie Vie... |
| 02/14/21 | -$20.00 | Debit: Account-to-Account Transfer. FROM: Q... |
| 02/14/21 | $20.00 | Credit: Cash Load at Loves 200 GARDEN ACRE... |
| 02/13/21 | -$7.46 | PILOT 00004325 ROBINSON TX |
| 02/12/21 | -$1.00 | BVD*BEENVERIFIED.COM 855-9046471 NY |
| 02/08/21 | -$2.50 | Debit: ATM Withdrawal Fee - Domestic |
| 02/08/21 | -$42.50 | 1100 W HWY 67 ALVARADO TXUS |
| 02/08/21 | $50.00 | Credit: Account-to-Account Transfer. FROM: ... |
| 02/07/21 |  | Debit: Account-to-Account Transfer. FROM: Q... |

FILED 2021 APR -1 PM 12:40 JUSTICE OF THE PEACE TRAVIS COUNTY PCT TWO

3/28/2021 Account Center

- $100.00

02/07/21    ⌄   Credit: Cash Load at Pilot Travel Center 2111 S...
          $100.00

↺ LOAD MORE TRANSACTIONS

FILED
2021 APR -1 PM 12: 40
JUSTICE OF THE PEACE
TRAVIS COUNTY PCT TWO




2 PGS

**Dana DeBeauvoir** *Travis County Clerk*

Phone (512) 854-9188
www.traviscountyclerk.org
Mailing Address: P.O. Box 149325, Austin, Texas 78714-9325

Recording, Elections, Computer Resources, Accounting, and Administration Divisions — 5501 Airport Boulevard, Austin, Texas 78751
Misdemeanor Records, Civil/Probate/Commissioners Court Minutes, and Records Management Divisions — 1000 Guadalupe, Austin, Texas 78701

## ASSUMED NAME CERTIFICATE FOR CERTAIN UNINCORPORATED PERSONS

**ASSUMED NAME** under which the business or professional service is or is to be conducted (print clearly):
QUENTIN ANTWAN MITCHELL

**PHYSICAL ADDRESS OF BUSINESS** (print clearly):
Address: 3005 S. Lamar Blvd Ste D-109 #137
City: Austin     State: Texas     Zip Code: 78704

FILED 2021 APR -1 PM 12:40 JUSTICE OF THE PEACE TRAVIS COUNTY PCT TWO

I hereby state that this registrant is:

[X] **AN INDIVIDUAL.** Below is my full name and residence address.

[ ] **A PARTNERSHIP.** Below is the name and office address of the venture or partnership; the full name of each joint venturer or general partner; and each joint venturer's or general partner's office address, if the venture or partner is not an individual.

[ ] **AN ESTATE.** Below is the name and address (if any) of the estate; the full name of each representative of the estate; and each representative's residence address if the representative is an individual, or the representative's office address, if the representative is not an individual.

[ ] **A REAL ESTATE INVESTMENT TRUST.** Below is the name and address of the trust; the full name of each trustee manager; and each trustee manager's residence address, if the trustee manager is an individual, or the trustee manager's office address, if the trustee manager is not an individual.

[ ] **COMPANY OTHER THAN A REAL ESTATE INVESTMENT TRUST.** Below is the name and office address of the company. The state, country, or other jurisdiction under the laws of which this company was organized is _____

And further state that this registrant is **not** a limited partnership, limited liability company, limited liability partnership, or foreign filing entity.

**Information required as listed above (print clearly):**

Name: Quentin Antwan Mitchell     Signature: Quentin Antwan Mitchell
Address: 3005 S. Lamar Ste D-109 #137; Austin, Texas 78704

Name: _____     Signature: _____
Address: _____

Name: _____     Signature: _____
Address: _____

**FOR USE BY NOTARY AND CLERK OF THE COURT, DEPUTY** The State of Texas and County of Travis:
Before me, the undersigned authority, on this day personally appeared: Quentin Antwan Mitchell known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they signed the same purpose and consideration therein expressed. Given under my hand and seal of office, on 02/24/2017

Signature of Notary Public: JS Williams
Signature of Notary Public in and for the State of Texas or Clerk of the Court, Deputy

Seal of the Notary Public or Clerk of the Court, Deputy

**INFORMATION WHERE DOCUMENT SHOULD BE RETURNED**
(to be completed by applicant):
In the spaces below, clearly print the name, address, city, state, and zip code where this document should be returned

Quentin Antwan Mitchell
3005 S Lamar Ste D 109 #137
Austin, Texas 78704

Form of identification presented: TKDL

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: J2-CV-21-001139

Plaintiff:
QUENTIN ANTWAN MITCHELL,

Defendant:
JANICE REED

In the 2 ___
☐ District Court
☐ County Court / County Court at Law
☒ Justice Court

Travis                                    Texas

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court

### 1. Your Information

My full legal name: QUENTIN ANTWAN MITCHELL                    Date of birth: 1/12/1979

My address is: 3005 S LAMAR BLVD D-109 #137, AUSTIN, TX 78704

N/A

My phone number: 5124022147      My email: quentinmitchell1979@yahoo.com

About my **dependents:** "The people who depend on me financially are listed below.

1.
2.
3.
4.
5.
6.

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.
-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.
or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☒ I receive these **public benefits/government entitlements** that are based on indigency:

☒ Food stamps/SNAP      ☐ TANF    ☐ Medicaid    ☐ CHIP    ☐ SSI    ☐ WIC    ☐ AABD
☐ Public Housing or Section 8 Housing    ☐ Low-Income Energy Assistance    ☐ Emergency Assistance
☐ Telephone Lifeline      ☐ Community Care via DADS       ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension    ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: ___

FILED 2021 APR -1 PM 4:0 JUSTICE OF THE PEACE TRAVIS COUNTY TWO

### 4. What is your monthly income and income sources?

"I get this monthly income:

_____ in monthly wages. I work as a _____ for _____

_____ in monthly unemployment. I have been unemployed since _____

$179.00 in public benefits per month.

_____ from other people in my household each month:

_____ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Workers Comp
☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household

_____ from other jobs/sources of income.

$179.00 is my *total* monthly income.

### 5. What is the value of your property?

| "My property includes: | Value* |
|---|---|
| Cash | |
| Bank accounts, other financial assets | |
| NETSPEND SMALL BUSINESS | $1.00 |
| Vehicles (cars, boats) | |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| **Total value of property** | →$1.00 |

### 6. What are your monthly expenses?

| "My monthly expenses are: | Amount |
|---|---|
| Rent/house payments/maintenance | $700.00 |
| Food and household supplies | $179.00 |
| Utilities and telephone | $180.00 |
| Clothing and laundry | $15.00 |
| Medical and dental expenses | $0.00 |
| Insurance (life, health, auto, etc.) | $0.00 |
| School and child care | $0.00 |
| Transportation, auto repair, gas | $50.00 |
| Child / spousal support | $0.00 |
| Wages withheld by court order | $0.00 |
| Debt payments paid to: | |
| **Total Monthly Expenses** | →$1,124.00 |

### 7. Are there debts or other facts explaining your financial situation?

"My **debts** include:

Check here if you attach another page. ☐

### 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☒ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is QUENTIN ANTWAN MITCHELL                                    Date of birth: 1/12/1979

My address is 3005 S LAMAR BLVD D-109 #137 AUSTIN, 78704 United States of America

▶ *Qat. Mitchell*    signed on 3-25-21 in Travis County, Texas
Signature

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                Page 2 of 2

CN2 Received 16:01 04-01-2021

## **MITCHELL'S FINANCIAL AFFIDAVIT**

JUSTICE OF PEACE PRECINCT 2
10409 BURNET RD. STE 180
AUSTIN, TEXAS 78758

*(FILED 2021 APR -1 PM 12:40 JUSTICE OF THE PEACE TRAVIS COUNTY PCT TWO)*

ATTENTION: CLERK OF COURT / COURT OF THE CLERK,

i, :Mitchell-Quentin: Antwan, who operate under the laws of the republic, declare under penalty of perjury that i am no government employer or employee and that I DO NOT have any money to pay any of the court's bill.

However, i would like to offer some arrangements to tender any payments with the credit or notes that is made available to me to DISCHARGE any court fees to have my Claim and Complaint to be brought before a TRIAL BY JURY in order to receive a fair and just decision on the case **between i and Janice Reed**.

Due to Janice Reed and other Wrongdoers, who have used their position to rob me of my property, i am unable to afford the court fees. But, again, would like to set up a payment plan to tender any and all Court Fees that derive from this lawsuit.

By: *Quentin Mitchell*
QUENTIN ANTWAN MITCHELL (Plaintiff)

Plaintiff's Address: 3005 S. Lamar Blvd D-109 #137; Austin, Texas ℅ [78704]
Date: 03-28-2021
CC: Ashley C. Hoff; 903 San Jacinto Blvd, Suite 334; Austin, Texas 78701

CN2 Received 16:01 04-01-2021

QUENTIN A. MITCHELL
3005 S. LAMAR BLVD D-109 #137
AUSTIN, TEXAS C/O [78704]

**CERTIFIED MAIL**



7017 0190 0000 1158 6358



1000    78758

U.S. POSTAGE PAID
FCM LG ENV
KILLEEN, TX
76541
MAR 29, 21
AMOUNT
**$7.65**
R2304H108777-52

FILED
2021 APR -1 PM 12:40
JUSTICE OF THE PEACE
TRAVIS COUNTY PCT TWO

JUSTICE OF PEACE PRECINCT 2
10409 BURNET RD, STE 180
AUSTIN, TEXAS 78758

N2 Received 16:01 04-01-2021